# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CML-NV TWO, LLC, a Florida limited liability company,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>JIM SNEAD, an individual; MARTHA SNEAD, an individual,<br><br>　　　　　Defendant(s). | 2:11-cv-00438-RLH-CWH<br><br>**O R D E R**<br>(Administrative Closure) |

　　　　Defendants have filed a Notice of Filing of Chapter 7 Bankruptcy Petition (#6, filed July 19, 2011) and all further proceedings in this matter having been stayed thereby, IT IS HEREBY ORDERED that this matter be ADMINISTRATIVELY CLOSED, to be reopened upon motion from counsel if necessary.

　　　　Dated this 8th day of May, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Roger L. Hunt**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**